IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 MAR 27  PM 2: 37

DEPUTY CLERK_____

BILLY DON ROBERSON,                          §
                                             §
          Plaintiff,                         §
                                             §
v.                                           §          2:13-CV-197
                                             §
CAROLYN W. COLVIN,                           §
Acting Commissioner of Social Security,      §
                                             §
          Defendant.                         §

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT
## AND RECOMMENDATION and AFFIRMING DECISION OF COMMISSIONER

Plaintiff has appealed the decision of the Commissioner of the Social Security Administration denying plaintiff disability insurance benefits. The United States Magistrate Judge entered a Report and Recommendation on March 5, 2015, recommending therein that the decision of the Commissioner be affirmed. Plaintiff filed objections to the Report and Recommendation on March 19, 2015. On March 26, 2015, defendant filed a response to plaintiff's objections.

The undersigned United States District Judge has made an independent examination of the record in this case. The undersigned hereby OVERRULES plaintiff's objections to the Report and Recommendation, ADOPTS the Report and Recommendation of the Magistrate Judge, and AFFIRMS the administrative decision of the Commissioner.

IT IS SO ORDERED.

ENTERED this ___27___ day of ___March___ 2015.


MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE